# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROMAINE PURDY,** | : | **CIVIL ACTION NO. 1:05-CV-1294** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **PENNSYLVANIA PUBLIC UTILITY COMMISSION,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 20th day of August, 2007, upon consideration of Defendant's Motion (Doc. 35) to Rule its Motion for Summary Judgment as Unopposed, it is ORDERED that said Motion is GRANTED.

It is hereby ORDERED that Defendant's Motion for Summary Judgment is deemed unopposed by Plaintiff and Defendant's Statement of Material Facts is deemed admitted by Plaintiff.

            S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge